

**North Carolina Western**
**MEMORANDUM**

**Date:** July 13, 2005

**To:** U.S. District Judge Richard L. Voorhees

**From:** Gregg W. Henderson
U.S. Probation Officer

**Subject:** Billy Dean Brown
Docket No: 5:95CR13-05-V
Request for Item to be Destroyed

FILED
STATESVILLE, N.C.

JUL 27 2005

U.S. DISTRICT COURT
W. DIST. OF NC

---

On 8-20-96 Billy Dean Brown (5:95CR13-05-V) appeared before Your Honor for the offense of Conspiracy to Possess with Intent to Distribute and Distribute a Quantity of Cocaine. At that time he was sentenced to 60 months imprisonment followed by a five-year term of supervised release. The term of supervised release began on 5-17-00. On 8-2-02 Mr. Brown was found to be in possession of a Texsport machete. This item was found and seized as a result of a consent search of Mr. Brown's vehicle. Mr. Brown's supervised release term was revoked on 9-8-03 due to other violations and he is currently serving the sentence in the Bureau of Prisons.

It is requested that the aforementioned item be ordered destroyed. Should Your Honor concur with my recommendation, please sign the order which is included in this memo, and **return to my office so it can be filed with the Clerk of Court.**

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-883-1034.

RECEIVED

JUL 27 05

U.S. PROBATION OFFICE
STATESVILLE, NC

Pursuant to the above report, it is ordered that the aforementioned item be destroyed.

Dated this 18th day of July, 2005.

Richard L. Voorhees
U.S. District Court Judge